Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                       Case No.: 14−30001−SLM
                       Chapter: 13
                       Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jose Reyes | Alejandrina Reyes |
| aka Alejandri Reyes | aka Alejandri Reyes |
| 1 Ward Street | 1 Ward Street |
| Clifton, NJ 07011 | Clifton, NJ 07011 |

Social Security No.:
   xxx−xx−2317                                        xxx−xx−0891

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       9/21/16
Time:      10:00 AM
Location:    Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman
Debtor's Attorney

COMMISSION OR FEES
$2,088.55

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 22, 2016
JJW:

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-30001-SLM
Jose Reyes                                                              Chapter 13
Alejandrina Reyes
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2         Date Rcvd: Aug 22, 2016
                              Form ID: 137             Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2016.
```
db/jdb         +Jose Reyes,   Alejandrina Reyes,   1 Ward Street,    Clifton, NJ 07011-4135
515080341      +ACB Receivables Management,    Po Box 350,   Asbury Park, NJ 07712-0350
515080344      +Amerifinancial Solutio,    Po Box 602570,   Charlotte, NC 28260-2570
515080346     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,   Greensboro, NC 27410)
515224933      +BANK OF AMERICA, N.A.,    400 National Way,   Bankruptcy Department,    Mail Stop CA6-919-01-23,
                 Simi Valley, CA 93065-6414
515080345      +Bank of America,   Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
515294092      +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
515080385     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
               (address filed with court: WAMU (Chase),    P.O. Box 660487,    Dallas, TX 75266)
515080356     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                 Po Box 20507,   Kansas City, MO 64195)
515080352      +Cap1/berpl,   Po Box 30253,   Salt Lake City, UT 84130-0253
515303053       Capital One, N.A.,   c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
515080353      +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
515080354      +Chase,   Po Box 7013,   Indianapolis, IN 46207-7013
515080355       Chase Bank USA,   P.O. Box 15153,   Wilmington, DE 19886-5153
515080357      +Citibank Usa,   Po Box 6497,   Sioux Falls, SD 57117-6497
515080358      +Comenity Bank/Dress Barn,    Attention: Bankruptcy,   P.O. Box 182686,    Columbus, OH 43218-2686
515080359      +Comenity Bank/Dress Barn,    Po Box 182789,   Columbus, OH 43218-2789
515080360      +Comenity Bank/fashbug,    Po Box 182272,   Columbus, OH 43218-2272
515080361      +Comenity Bank/mandee,    995 W 122nd Ave,   Westminster, CO 80234-3417
515080362      +Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
515080363      +Express/Comenity Bank,    Attention: Bankruptcy Dept,    Po Box 182686,    Columbus, OH 43218-2686
515080364      +Express/Comenity Bank,    P.O. Box 659728,   San Antonio, TX 78265-9728
515080372      +N.J. E-Z Pass,   P.O. Box 15186,   Albany, NY 12212-5186
515335202      +New Century Financial Services, Inc.,    Successor in interest to WAMU,
                 c/o Pressler and Pressler, LLP.,    7 Entin Road,   Parsippany NJ 07054-5020
515080377      +Rjm Acq Llc,   575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
515080378      +Sears,   P.O. Box 183081,   Columbus, OH 43218-3081
515080380      +Sears/cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
515080379      +Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
515080383      +Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2287
515080384      +Verizon,   P.O. Box 920041,   Dallas, TX 75392-0041
515080387      +Wells Fargo Financial Nat'l Bk/Bobs Disc,    Po Box 94498,    Las Vegas, NV 89193-4498
515080386      +Wells Fargo Financial Nat'l Bk/Bobs Disc,    Po Box 10438,    Des Moines, IA 50306-0438
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 22 2016 23:12:39      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 22 2016 23:12:36      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515188423       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 22 2016 23:15:07
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
515080350      +E-mail/Text: bankruptcy@cavps.com Aug 22 2016 23:12:55     Calvary Portfolio Services,
                 Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
515080351      +E-mail/Text: bankruptcy@cavps.com Aug 22 2016 23:12:55     Calvary Portfolio Services,
                 Po Box 27288,   Tempe, AZ 85285-7288
515085918      +E-mail/Text: bankruptcy@cavps.com Aug 22 2016 23:12:56     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
515080365      +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2016 23:06:59      GECRB/6th Ave Elec,
                 Attention: Bankruptcy,   Po Box 103104,    Roswell, GA 30076-9104
515080366      +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2016 23:07:24      GECRB/6th Ave Elec,
                 C/o Po Box 965036,   Orlando, FL 32896-0001
515080368      +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2016 23:07:24      GECRB/JC Penny,
                 4125 Windward Plaza,   Alpharetta, GA 30005-8738
515080367      +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2016 23:06:59      GECRB/JC Penny,
                 Attention: Bankruptcy,   Po Box 103104,    Roswell, GA 30076-9104
515080369       E-mail/Text: bnckohlsnotices@becket-lee.com Aug 22 2016 23:12:00
                 Kohl's Department Store, Inc.,    P.O. Box 2983,   Milwaukee, WI 53201-2983
515080370      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 22 2016 23:12:00     Kohls/capone,
                 Po Box 3115,   Milwaukee, WI 53201-3115
515080371       E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2016 23:06:59      Lord & Taylor,   P.O. Box 960035,
                 Orlando, FL 32896-0035
515080373      +E-mail/PDF: bankruptcy@ncfsi.com Aug 22 2016 23:07:34      New Century Financial,
                 110 S. Jefferson Rd.,   Suite 104,    Whippany, NJ 07981-1038
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Aug 22, 2016
                              Form ID: 137             Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
515080374        +E-mail/PDF: bankruptcy@ncfsi.com Aug 22 2016 23:07:34     New Century Financial,
                  110 S Jefferson Rd Ste 1,    Whippany, NJ 07981-1038
515080376         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 22 2016 23:07:53
                  Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
515080375         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 22 2016 23:07:33
                  Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
515294220         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 22 2016 23:07:52
                  Portfolio Recovery Associates, LLC,    c/o Sears,    POB 41067,    Norfolk VA 23541
515080381        +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2016 23:07:24     Syncb/lord & Tay,    Po Box 965015,
                  Orlando, FL 32896-5015
                                                                                              TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515080382         Syncb/lord & Tay
515080348*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
515080347*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
515080349*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
515080342       ##+AIG Federal Savings Bank,    Aig Federal Savings Bank,    Po Box 8733,
                  Wilmington, DE 19899-8733
515080343       ##+AIG Federal Savings Bank,    600 N King St,    Wilmington, DE 19801-3722
                                                                                   TOTALS: 1, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2016                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2016 at the address(es) listed below:
```
              Clifford B. Frish    on behalf of Debtor Jose  Reyes yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              Clifford B. Frish    on behalf of Joint Debtor Alejandrina  Reyes yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              David  S. Silverman    on behalf of Debtor Jose  Reyes dsilverman@silvermanandroedel.com
              David  S. Silverman    on behalf of Joint Debtor Alejandrina  Reyes
               dsilverman@silvermanandroedel.com
              David G. Beslow    on behalf of Debtor Jose  Reyes yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              David G. Beslow    on behalf of Joint Debtor Alejandrina  Reyes yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark  Goldman    on behalf of Debtor Jose  Reyes yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              Mark  Goldman    on behalf of Joint Debtor Alejandrina  Reyes yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              Nicholas V. Rogers    on behalf of Creditor   BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
                                                                                              TOTAL: 11
```