UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     Case No.: __14-30001__

    JOSE REYES     Chapter: __13__
    ALEJANDRINA REYES     Judge: __SLM__

---

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

_____Jose & Alejandrina Reyes_____, _____the debtors_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

> Address of the Clerk:
>     Martin Luther King, Jr. Federal Building
>     50 Walnut Street, 3rd Fl
>     Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Stacey L. Meisel__ on __November 29, 2017__ at __10:30__ a.m. at the United States Bankruptcy Court, courtroom no. ____, _____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

> Nature of action:
>     Settlement of Worker's compensation action

> Pertinent terms of settlement:
>     Settled for $6,000.00. Debtor to receive $2,480.00, counsel fees of $1,690.00 and pursuant to N.J.S.A. 34:15-40, a 3rd party credit of $3,380.00 to the worker's compensation carrier.

Objections must be served on, and requests for additional information directed to:

Name:     Goldman and Beslow, LLC

Address:     7 Glenwood Avenue, Suite 311B, East Orange, NJ 07017

Telephone No.:     973-677-9000

*rev.8/1/15*

```
                          United States Bankruptcy Court
                                District of New Jersey

In re:                                                       Case No. 14-30001-SLM
Jose Reyes                                                   Chapter 13
Alejandrina Reyes
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin                Page 1 of 3                   Date Rcvd: Nov 08, 2017
                              Form ID: pdf905            Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2017.
db/jdb         +Jose Reyes,    Alejandrina Reyes,    1 Ward Street,    Clifton, NJ 07011-4135
515080341     #+ACB Receivables Management,    Po Box 350,    Asbury Park, NJ 07712-0350
515080344      +Amerifinancial Solutio,    Po Box 602570,    Charlotte, NC 28260-2570
515080346     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
515224933      +BANK OF AMERICA, N.A.,    400 National Way,    Bankruptcy Department,    Mail Stop CA6-919-01-23,
                 Simi Valley, CA 93065-6414
515080345      +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
515294092      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515080385     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
               (address filed with court: WAMU (Chase),     P.O. Box 660487,    Dallas, TX 75266)
515080356     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Usa,     Citicorp Credit Services/Attn:Centralize,
                 Po Box 20507,    Kansas City, MO 64195)
515080352      +Cap1/berpl,    Po Box 30253,    Salt Lake City, UT 84130-0253
515303053       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515080353      +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
515080355       Chase Bank USA,    P.O. Box 15153,    Wilmington, DE 19886-5153
515080357      +Citibank Usa,    Po Box 6497,    Sioux Falls, SD 57117-6497
515080359      +Comenity Bank/Dress Barn,    Po Box 182789,    Columbus, OH 43218-2789
515080358      +Comenity Bank/Dress Barn,    Attention: Bankruptcy,    P.O. Box 182686,    Columbus, OH 43218-2686
515080360      +Comenity Bank/fashbug,    Po Box 182272,    Columbus, OH 43218-2272
515080361      +Comenity Bank/mandee,    995 W 122nd Ave,    Westminster, CO 80234-3417
515080362      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
515080363      +Express/Comenity Bank,    Attention: Bankruptcy Dept,    Po Box 182686,    Columbus, OH 43218-2686
515080364      +Express/Comenity Bank,    P.O. Box 659728,    San Antonio, TX 78265-9728
515080372      +N.J. E-Z Pass,    P.O. Box 15186,    Albany, NY 12212-5186
515335202      +New Century Financial Services, Inc.,    Successor in interest to WAMU,
                 c/o Pressler and Pressler, LLP.,    7 Entin Road,    Parsippany NJ 07054-5020
516412641      +PennyMac Loan Services, LLC as servicer for,    Bank of America, N.A.,
                 6101 Condor Drive, Suite 200,    Moorpark, CA 93021-2602
516412642      +PennyMac Loan Services, LLC as servicer for,    Bank of America, N.A.,
                 6101 Condor Drive, Suite 200,    Moorpark, CA 93021,    PennyMac Loan Services, LLC as servicer,
                 Bank of America, N.A. 93021-2602
515080377      +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
515080378      +Sears,    P.O. Box 183081,    Columbus, OH 43218-3081
515080379      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
515080380      +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
515080383      +Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2287
515080386      +Wells Fargo Financial Nat'l Bk/Bobs Disc,    Po Box 10438,    Des Moines, IA 50306-0438
515080387      +Wells Fargo Financial Nat'l Bk/Bobs Disc,    Po Box 94498,    Las Vegas, NV 89193-4498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2017 22:44:10      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2017 22:44:07       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515188423       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 08 2017 23:03:33
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
515080350      +E-mail/Text: bankruptcy@cavps.com Nov 08 2017 22:44:26      Calvary Portfolio Services,
                 Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
515080351      +E-mail/Text: bankruptcy@cavps.com Nov 08 2017 22:44:27      Calvary Portfolio Services,
                 Po Box 27288,    Tempe, AZ 85285-7288
515085918      +E-mail/Text: bankruptcy@cavps.com Nov 08 2017 22:44:27      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
515080354      +E-mail/Text: cst.bankruptcy@chase.com Nov 08 2017 22:45:01      Chase,    Po Box 7013,
                 Indianapolis, IN 46207-7013
515080365      +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2017 22:46:49       GECRB/6th Ave Elec,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
515080366      +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2017 22:46:49       GECRB/6th Ave Elec,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
515080368      +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2017 22:46:49       GECRB/JC Penny,
                 4125 Windward Plaza,    Alpharetta, GA 30005-8738
515080367      +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2017 22:47:07       GECRB/JC Penny,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
515080369       E-mail/Text: bnckohlsnotices@becket-lee.com Nov 08 2017 22:43:35
                 Kohl's Department Store, Inc.,    P.O. Box 2983,    Milwaukee, WI 53201-2983
```

```
District/off: 0312-2          User: admin                Page 2 of 3                  Date Rcvd: Nov 08, 2017
                              Form ID: pdf905            Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515080370        +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 08 2017 22:43:35       Kohls/capone,
                  Po Box 3115,    Milwaukee, WI 53201-3115
515080371         E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2017 22:46:31      Lord & Taylor,    P.O. Box 960035,
                  Orlando, FL 32896-0035
515080373        +E-mail/PDF: bankruptcy@ncfsi.com Nov 08 2017 22:46:33     New Century Financial,
                  110 S. Jefferson Rd.,    Suite 104,    Whippany, NJ 07981-1038
515080374        +E-mail/PDF: bankruptcy@ncfsi.com Nov 08 2017 22:46:33     New Century Financial,
                  110 S Jefferson Rd Ste 1,    Whippany, NJ 07981-1038
515080376         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2017 22:46:59
                  Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
515080375         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2017 22:46:40
                  Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
515294220         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2017 22:46:59
                  Portfolio Recovery Associates, LLC,    c/o Sears,    POB 41067,    Norfolk VA 23541
515080381        +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2017 22:47:07      Syncb/lord & Tay,    Po Box 965015,
                  Orlando, FL 32896-5015
                                                                                               TOTAL: 20

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515080382         Syncb/lord & Tay
515080348*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court:  Bank Of America,     Po Box 982235,    El Paso, TX 79998)
515080347*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court:  Bank of America,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
515080349*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
515080342       ##+AIG Federal Savings Bank,     Aig Federal Savings Bank,    Po Box 8733,
                  Wilmington, DE 19899-8733
515080343       ##+AIG Federal Savings Bank,     600 N King St,    Wilmington, DE 19801-3722
515080384       ##+Verizon,    P.O. Box 920041,    Dallas, TX 75392-0041
                                                                                               TOTALS: 1, * 3, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2017 at the address(es) listed below:
          Clifford B. Frish    on behalf of Debtor Jose   Reyes yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
           bestcase.com
          Clifford B. Frish    on behalf of Joint Debtor Alejandrina   Reyes yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
           bestcase.com
          David  S. Silverman    on behalf of Debtor Jose   Reyes dsilverman@silvermanandroedel.com
          David  S. Silverman    on behalf of Joint Debtor Alejandrina   Reyes
           dsilverman@silvermanandroedel.com
          David G. Beslow    on behalf of Debtor Jose   Reyes yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
```

```
District/off: 0312-2           User: admin              Page 3 of 3               Date Rcvd: Nov 08, 2017
                               Form ID: pdf905          Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          David G. Beslow    on behalf of Joint Debtor Alejandrina  Reyes yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Mark  Goldman    on behalf of Debtor Jose  Reyes yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Mark  Goldman    on behalf of Joint Debtor Alejandrina  Reyes yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          R. A. Lebron    on behalf of Creditor   BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
          William M. E. Powers, III    on behalf of Creditor   PennyMac Loan Services, LLC as servicer for
           Bank of America, N.A. ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor   PennyMac Loan Services, LLC as servicer for Bank of
           America, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor   PennyMac Loan Services, LLC as servicer for
           Bank of America, N.A. ecf@powerskirn.com

                                                                                        TOTAL: 14