Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

                                  Case No.: 14−30001−SLM  
                                  Chapter: 13  
                                  Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jose Reyes | Alejandrina Reyes |
| aka Alejandri Reyes | aka Alejandri Reyes |
| 1 Ward Street | 1 Ward Street |
| Clifton, NJ 07011 | Clifton, NJ 07011 |

Social Security No.:  
   xxx−xx−2317                                   xxx−xx−0891

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 19, 2015.

On 7/3/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                  August 8, 2018  
Time:                 09:00 AM  
Location:        Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 5, 2018  
JAN: smz

                                                                                    Jeanne Naughton  
                                                                                     Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                              Case No. 14-30001-SLM
Jose Reyes                                                          Chapter 13
Alejandrina Reyes
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin                 Page 1 of 3                   Date Rcvd: Jul 05, 2018
                              Form ID: 185                Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2018.
db/jdb         +Jose Reyes,    Alejandrina Reyes,    1 Ward Street,    Clifton, NJ 07011-4135
515080344      +Amerifinancial Solutio,    Po Box 602570,    Charlotte, NC 28260-2570
515080346     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
515224933      +BANK OF AMERICA, N.A.,    400 National Way,    Bankruptcy Department,    Mail Stop CA6-919-01-23,
                 Simi Valley, CA 93065-6414
515080345      +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
515294092      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515080385     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
               (address filed with court:   WAMU (Chase),    P.O. Box 660487,    Dallas, TX 75266)
515080356     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                 Po Box 20507,    Kansas City, MO 64195)
515303053       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515080353      +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
515080355       Chase Bank USA,    P.O. Box 15153,    Wilmington, DE 19886-5153
515080357      +Citibank Usa,    Po Box 6497,    Sioux Falls, SD 57117-6497
515080362      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
515080372      +N.J. E-Z Pass,    P.O. Box 15186,    Albany, NY 12212-5186
515335202      +New Century Financial Services, Inc.,    Successor in interest to WAMU,
                 c/o Pressler and Pressler, LLP.,    7 Entin Road,    Parsippany NJ 07054-5020
516412641      +PennyMac Loan Services, LLC as servicer for,    Bank of America, N.A.,
                 6101 Condor Drive, Suite 200,    Moorpark, CA 93021-2602
516412642      +PennyMac Loan Services, LLC as servicer for,    Bank of America, N.A.,
                 6101 Condor Drive, Suite 200,    Moorpark, CA 93021,    PennyMac Loan Services, LLC as servicer,
                 Bank of America, N.A. 93021-2602
515080377      +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
515080378      +Sears,    P.O. Box 183081,    Columbus, OH 43218-3081
515080379      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
515080380      +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
515080383      +Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2294
515080386      +Wells Fargo Financial Nat'l Bk/Bobs Disc,    Po Box 10438,    Des Moines, IA 50306-0438
515080387      +Wells Fargo Financial Nat'l Bk/Bobs Disc,    Po Box 94498,    Las Vegas, NV 89193-4498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 05 2018 23:25:18      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 05 2018 23:25:16      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515188423       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 05 2018 23:32:01
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
515080350      +E-mail/Text: bankruptcy@cavps.com Jul 05 2018 23:25:39      Calvary Portfolio Services,
                 Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-2321
515080351      +E-mail/Text: bankruptcy@cavps.com Jul 05 2018 23:25:39      Calvary Portfolio Services,
                 Po Box 27288,    Tempe, AZ 85285-7288
515080352      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 05 2018 23:31:26      Cap1/berpl,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
515085918      +E-mail/Text: bankruptcy@cavps.com Jul 05 2018 23:25:40      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
515080354      +E-mail/Text: cst.bankruptcy@chase.com Jul 05 2018 23:26:14      Chase,    Po Box 7013,
                 Indianapolis, IN 46207-7013
515080359      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 05 2018 23:25:04      Comenity Bank/Dress Barn,
                 Po Box 182789,    Columbus, OH 43218-2789
515080358      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 05 2018 23:25:04      Comenity Bank/Dress Barn,
                 Attention: Bankruptcy,    P.O. Box 182686,    Columbus, OH 43218-2686
515080360      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 05 2018 23:25:05      Comenity Bank/fashbug,
                 Po Box 182272,    Columbus, OH 43218-2272
515080361      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 05 2018 23:25:05      Comenity Bank/mandee,
                 995 W 122nd Ave,    Westminster, CO 80234-3417
515080364      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 05 2018 23:25:05      Express/Comenity Bank,
                 P.O. Box 659728,    San Antonio, TX 78265-9728
515080363      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 05 2018 23:25:05      Express/Comenity Bank,
                 Attention: Bankruptcy Dept,    Po Box 182686,    Columbus, OH 43218-2686
515080365      +E-mail/PDF: gecsedi@recoverycorp.com Jul 05 2018 23:32:18      GECRB/6th Ave Elec,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
515080366      +E-mail/PDF: gecsedi@recoverycorp.com Jul 05 2018 23:31:11      GECRB/6th Ave Elec,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
515080368      +E-mail/PDF: gecsedi@recoverycorp.com Jul 05 2018 23:31:44      GECRB/JC Penny,
                 4125 Windward Plaza,    Alpharetta, GA 30005-8738
```

```
District/off: 0312-2           User: admin                 Page 2 of 3                   Date Rcvd: Jul 05, 2018
                               Form ID: 185                Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
515080367      +E-mail/PDF: gecsedi@recoverycorp.com Jul 05 2018 23:31:12      GECRB/JC Penny,
                 Attention:  Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
515080369       E-mail/Text: bnckohlsnotices@becket-lee.com Jul 05 2018 23:24:16
                 Kohl's Department Store, Inc.,    P.O. Box 2983,   Milwaukee, WI 53201-2983
515080370      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 05 2018 23:24:16       Kohls/capone,
                 Po Box 3115,   Milwaukee, WI 53201-3115
515080371       E-mail/PDF: gecsedi@recoverycorp.com Jul 05 2018 23:31:12      Lord & Taylor,    P.O. Box 960035,
                 Orlando, FL 32896-0035
515080373      +E-mail/PDF: bankruptcy@ncfsi.com Jul 05 2018 23:31:51      New Century Financial,
                 110 S. Jefferson Rd.,    Suite 104,    Whippany, NJ 07981-1038
515080374      +E-mail/PDF: bankruptcy@ncfsi.com Jul 05 2018 23:32:27      New Century Financial,
                 110 S Jefferson Rd Ste 1,    Whippany, NJ 07981-1038
515080376       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 05 2018 23:31:19
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
515080375       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 05 2018 23:32:27
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
515294220       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 05 2018 23:31:51
                 Portfolio Recovery Associates, LLC,    c/o Sears,    POB 41067,    Norfolk VA 23541
515080381      +E-mail/PDF: gecsedi@recoverycorp.com Jul 05 2018 23:31:44      Syncb/lord & Tay,    Po Box 965015,
                 Orlando, FL 32896-5015
515080384      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 05 2018 23:24:03
                 Verizon,    P.O. Box 920041,    Dallas, TX 75392-0041
                                                                                               TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515080382       Syncb/lord & Tay
515080348*    ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America,     Po Box 982235,   El Paso, TX 79998)
515080347*    ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,     4161 Piedmont Pkwy,   Greensboro, NC 27410)
515080349*    ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
515080341      ##+ACB Receivables Management,    Po Box 350,   Asbury Park, NJ 07712-0350
515080342      ##+AIG Federal Savings Bank,    Aig Federal Savings Bank,    Po Box 8733,
                 Wilmington, DE 19899-8733
515080343      ##+AIG Federal Savings Bank,    600 N King St,    Wilmington, DE 19801-3722
                                                                                    TOTALS: 1, * 3, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2018 at the address(es) listed below:
```
              Clifford B. Frish    on behalf of Debtor Jose  Reyes yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Clifford B. Frish    on behalf of Joint Debtor Alejandrina  Reyes yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              David  S. Silverman    on behalf of Debtor Jose  Reyes dsilverman@silvermanandroedel.com
              David  S. Silverman    on behalf of Joint Debtor Alejandrina  Reyes
               dsilverman@silvermanandroedel.com
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Jul 05, 2018
                              Form ID: 185             Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          David G. Beslow    on behalf of Debtor Jose  Reyes yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          David G. Beslow    on behalf of Joint Debtor Alejandrina  Reyes yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Mark  Goldman    on behalf of Debtor Jose  Reyes yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Mark  Goldman    on behalf of Joint Debtor Alejandrina  Reyes yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
          William M. E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for Bank of America, N.A. ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for Bank of America, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for Bank of America, N.A. ecf@powerskirn.com

                                                                                                               TOTAL: 14