**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**GOLDMAN & BESLOW, LLC**
7 Glenwood Avenue
East Orange, New Jersey    07017
Tel. 973-677-9000
Mark Goldman, Esq. #MG-8019
Attorneys for Debtor, Jose & Alejandrina Reyes

Order Filed on September 27, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

| | |
|---|---|
| In Re: <br><br> **JOSE REYES,<br>ALEJANDRINA REYES**<br><br>Debtors | Case No. 14-30001/SLM <br><br> Chapter    13 <br><br> Hearing Date: November 29, 2017 <br><br> Judge: Stacey L. Meisel |

**ORDER APPROVING SETTLEMENT NUNC PRO TUNC AND TO PERMIT
DISTRIBUTION OF PROCEEDS**

The relief set forth on the following pages number two (2) through two (2) hereby ORDERED

**DATED: September 27, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page:     2
Debtor:   Jose & Alejandrina Reyes
Case No.: 14-30001/SLM-Chapter 13
Caption:  Order Approving Settlement Nunc Pro Tunc and to Permit Distribution of Proceeds

---

THIS MATTER having been opened by the Court upon the application of Mark Goldman, Esq., attorney for the debtors, Jose & Alejandrina Reyes and this Court having considered ~~the argument of counsel~~ all of the papers submitted and good cause appearing, and ~~there being no opposition.~~ the Trustee having filed a limited objection to the proposed settlement; and the Trustee and Debtor having settled the objection

**IT IS HEREBY,**

**ORDERED,** that the settlement in the amount of $6,000.00 is hereby approved Nunc Pro Tunc and it is further;

**ORDERED,** that payment of counsel fees of $1,690.00 and costs and expenses of $1,830.00 shall be paid from the proceeds of the settlement to Pamela S. Roedel, Esq., and it is further;

**ORDERED,** that a payment of $2,480.00 from the settlement shall be paid directly to the debtor, Jose Reyes.

United States Bankruptcy Court
District of New Jersey

In re:  
Jose Reyes  
Alejandrina Reyes  
    Debtors

Case No. 14-30001-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Sep 27, 2018  
                        Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2018.  
db/jdb      +Jose Reyes,    Alejandrina Reyes,    1 Ward Street,    Clifton, NJ 07011-4135

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2018 at the address(es) listed below:

         Clifford B. Frish    on behalf of Joint Debtor Alejandrina Reyes yrodriguez@goldmanlaw.org, cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         Clifford B. Frish    on behalf of Debtor Jose Reyes yrodriguez@goldmanlaw.org, cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         David S. Silverman    on behalf of Joint Debtor Alejandrina Reyes dsilverman@silvermanandroedel.com  
         David S. Silverman    on behalf of Debtor Jose Reyes dsilverman@silvermanandroedel.com  
         David G. Beslow    on behalf of Joint Debtor Alejandrina Reyes yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         David G. Beslow    on behalf of Debtor Jose Reyes yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Mark Goldman    on behalf of Debtor Jose Reyes yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         Mark Goldman    on behalf of Joint Debtor Alejandrina Reyes yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com  
         William M. E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for Bank of America, N.A. ecf@powerskirn.com  
         William M.E. Powers    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for Bank of America, N.A. ecf@powerskirn.com  
         William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for Bank of America, N.A. ecf@powerskirn.com  
         TOTAL: 14