UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
2016-2400

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on January 8, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

Jose Reyes
aka Alejandri Reyes
Alejandrina Reyes
aka Alejandri Reyes

Case No.: 14-30001-SLM

Hearing Date: 08/22/2018

Judge: Honorable Stacey L. Meisel

Chapter: 13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 8, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Jose Reyes
aka Alejandri Reyes and Alejandrina Reyes
aka Alejandri Reyes
Case No.: 14-30001-SLM
Caption of Order:        ORDER CURING ARREARS AND PROVIDING
FOR FURTHER DEFAULT

Upon the motion of Powers Kirn, LLC, Attorney for PennyMac Loan Services, LLC servicing agent for Bank of America, N.A., debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor(s) shall commence curing post petition arrears through November 1, 2018, in the sum of $29,633.93 which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 1 | Payments @ | $2,543.47 | (12/01/2017 - 12/01/2017) | = | $2,543.47 |
| 11 | Payments @ | $2,471.83 | (01/01/2018 - 11/01/2018) | = | $27,190.13 |
| | Less suspense @ | $99.67 | | = | $-99.67 |
| | Arrears to Cure: | | | = | $29,633.93 |

2. Debtor(s) shall make an immediate payment of $17,458.96 towards the arrears set forth above.

3. Post petition arrears of $12,174.97 shall be cured through the debtor(s)' plan and are hereby added to the claim filed by the mortgagee.

4. The debtor(s) shall file a Modified Chapter 13 Plan within fourteen (14) days of the entry of this order providing for the repayment of the arrears as set forth in paragraph three (3).

5. Debtor(s) shall resume regular monthly mortgage payments starting on December 1, 2018.

6. The mortgagee is awarded a counsel fee and costs of $531.00 on this application, which sum shall be collected and disbursed by the standing trustee in addition to the mortgagee's claim.

7. Should debtor(s) default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

8. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.