UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
2016-2400

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on January 8, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

Jose Reyes
aka Alejandri Reyes
Alejandrina Reyes
aka Alejandri Reyes

Case No.: 14-30001-SLM

Hearing Date: 08/22/2018

Judge: Honorable Stacey L. Meisel

Chapter: 13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 8, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Jose Reyes
aka Alejandri Reyes and Alejandrina Reyes
aka Alejandri Reyes
Case No.: 14-30001-SLM
Caption of Order:            ORDER CURING ARREARS AND PROVIDING
                                  FOR FURTHER DEFAULT

Upon the motion of Powers Kirn, LLC, Attorney for PennyMac Loan Services, LLC servicing agent for Bank of America, N.A., debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor(s) shall commence curing post petition arrears through November 1, 2018, in the sum of $29,633.93 which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 1 | Payments @ | $2,543.47 | (12/01/2017 - 12/01/2017) | = | $2,543.47 |
| 11 | Payments @ | $2,471.83 | (01/01/2018 - 11/01/2018) | = | $27,190.13 |
| | Less suspense @ | $99.67 | | = | $-99.67 |
| | Arrears to Cure: | | | = | $29,633.93 |

2. Debtor(s) shall make an immediate payment of $17,458.96 towards the arrears set forth above.

3. Post petition arrears of $12,174.97 shall be cured through the debtor(s)' plan and are hereby added to the claim filed by the mortgagee.

4. The debtor(s) shall file a Modified Chapter 13 Plan within fourteen (14) days of the entry of this order providing for the repayment of the arrears as set forth in paragraph three (3).

5. Debtor(s) shall resume regular monthly mortgage payments starting on December 1, 2018.

6. The mortgagee is awarded a counsel fee and costs of $531.00 on this application, which sum shall be collected and disbursed by the standing trustee in addition to the mortgagee's claim.

7. Should debtor(s) default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

8. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Jose Reyes  
Alejandrina Reyes  
    Debtors

Case No. 14-30001-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 08, 2019  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2019.  
db/jdb        +Jose Reyes,    Alejandrina Reyes,    1 Ward Street,    Clifton, NJ 07011-4135

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2019                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2019 at the address(es) listed below:

         Clifford B. Frish    on behalf of Joint Debtor Alejandrina Reyes yrodriguez@goldmanlaw.org, cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         Clifford B. Frish    on behalf of Debtor Jose Reyes yrodriguez@goldmanlaw.org, cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         David S. Silverman    on behalf of Joint Debtor Alejandrina Reyes dsilverman@silvermanandroedel.com  
         David S. Silverman    on behalf of Debtor Jose Reyes dsilverman@silvermanandroedel.com  
         David G. Beslow    on behalf of Joint Debtor Alejandrina Reyes yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         David G. Beslow    on behalf of Debtor Jose Reyes yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Mark Goldman    on behalf of Debtor Jose Reyes yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         Mark Goldman    on behalf of Joint Debtor Alejandrina Reyes yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com  
         William M. E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for Bank of America, N.A. ecf@powerskirn.com  
         William M.E. Powers    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for Bank of America, N.A. ecf@powerskirn.com  
         William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for Bank of America, N.A. ecf@powerskirn.com  
                                                                                                         TOTAL: 14