Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−30001−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jose Reyes | Alejandrina Reyes |
| aka Alejandri Reyes | aka Alejandri Reyes |
| 1 Ward Street | 1 Ward Street |
| Clifton, NJ 07011 | Clifton, NJ 07011 |

Social Security No.:
   xxx−xx−2317                                              xxx−xx−0891

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/10/19 at 10:00 AM

to consider and act upon the following:

**91** − Creditor's Certification of Default (related document:59 Motion for Relief from Stay re: 1 Ward Street, Clifton, NJ 07011. Fee Amount $ 181. filed by Creditor PennyMac Loan Services, LLC as servicer for Bank of America, N.A.) filed by William M.E. Powers on behalf of PennyMac Loan Services, LLC as servicer for Bank of America, N.A.. Objection deadline is 06/14/2019. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Powers, William)

**92** − Certification in Opposition to (related document:91 Creditor's Certification of Default (related document:59 Motion for Relief from Stay re: 1 Ward Street, Clifton, NJ 07011. Fee Amount $ 181. filed by Creditor PennyMac Loan Services, LLC as servicer for Bank of America, N.A.) filed by William M.E. Powers on behalf of PennyMac Loan Services, LLC as servicer for Bank of America, N.A.. Objection deadline is 06/14/2019. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) filed by Creditor PennyMac Loan Services, LLC as servicer for Bank of America, N.A.) filed by Mark Goldman on behalf of Alejandrina Reyes, Jose Reyes. (Attachments: # 1 Exhibit A) (Goldman, Mark)

Dated: 6/14/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court