Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−30001−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jose Reyes
aka Alejandri Reyes
1 Ward Street
Clifton, NJ 07011

Alejandrina Reyes
aka Alejandri Reyes
1 Ward Street
Clifton, NJ 07011

Social Security No.:
xxx−xx−2317

xxx−xx−0891

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/10/19 at 10:00 AM

to consider and act upon the following:

*91* − Creditor's Certification of Default (related document:59 Motion for Relief from Stay re: 1 Ward Street, Clifton, NJ 07011. Fee Amount $ 181. filed by Creditor PennyMac Loan Services, LLC as servicer for Bank of America, N.A.) filed by William M.E. Powers on behalf of PennyMac Loan Services, LLC as servicer for Bank of America, N.A.. Objection deadline is 06/14/2019. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Powers, William)

*92* − Certification in Opposition to (related document:91 Creditor's Certification of Default (related document:59 Motion for Relief from Stay re: 1 Ward Street, Clifton, NJ 07011. Fee Amount $ 181. filed by Creditor PennyMac Loan Services, LLC as servicer for Bank of America, N.A.) filed by William M.E. Powers on behalf of PennyMac Loan Services, LLC as servicer for Bank of America, N.A.. Objection deadline is 06/14/2019. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) filed by Creditor PennyMac Loan Services, LLC as servicer for Bank of America, N.A.) filed by Mark Goldman on behalf of Alejandrina Reyes, Jose Reyes. (Attachments: # 1 Exhibit A) (Goldman, Mark)

Dated: 6/14/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-30001-SLM
Jose Reyes                                                                Chapter 13
Alejandrina Reyes
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1           Date Rcvd: Jun 14, 2019
                             Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2019.
db/jdb          +Jose Reyes,    Alejandrina Reyes,    1 Ward Street,    Clifton, NJ 07011-4135

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
       Clifford B. Frish    on behalf of Joint Debtor Alejandrina  Reyes yrodriguez@goldmanlaw.org,
        cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
        bestcase.com
       Clifford B. Frish    on behalf of Debtor Jose  Reyes yrodriguez@goldmanlaw.org,
        cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
        bestcase.com
       David  S. Silverman    on behalf of Joint Debtor Alejandrina  Reyes
        dsilverman@silvermanandroedel.com
       David  S. Silverman    on behalf of Debtor Jose  Reyes dsilverman@silvermanandroedel.com
       David G. Beslow    on behalf of Joint Debtor Alejandrina  Reyes yrodriguez@goldmanlaw.org,
        yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
       David G. Beslow    on behalf of Debtor Jose  Reyes yrodriguez@goldmanlaw.org,
        yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
       Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
       Marie-Ann  Greenberg     magecf@magtrustee.com
       Mark  Goldman    on behalf of Debtor Jose  Reyes yrodriguez@goldmanlaw.org,
        yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
       Mark  Goldman    on behalf of Joint Debtor Alejandrina  Reyes yrodriguez@goldmanlaw.org,
        yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
       R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
       William M. E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for
        Bank of America, N.A. ecf@powerskirn.com
       William M.E. Powers    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for Bank of
        America, N.A. ecf@powerskirn.com
       William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for
        Bank of America, N.A. ecf@powerskirn.com
                                                    TOTAL: 14